Radzievich Economy Markets Case.

Argued January 7, 1958. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO and JONES, JJ.

*James F. Wildeman,* Assistant Attorney General, with him *Richard H. Kutz,* Assistant Attorney General, *Leon Ehrlich,* Deputy Attorney General, and *Thomas D. McBride,* Attorney General, for appellant.

*Walter Sidoriak,* with him *Stutzman, Lewis and Sidoriak,* for appellee.

OPINION PER CURIAM, March 17, 1958:

The order of the court below is affirmed on the opinion of Judge STAUDENMEIER, 11 Pa. D. & C. 2d 669. Costs of this appeal to be paid equally by the employer and the Board.